**IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| TIMOTHY COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.; AMAZON LOGISTICS, INC.; AMAZON.COM SERVICES, INC.; JARS TD, INC.,<br><br>Defendants. | Case No. 2:21-cv-02200-JPM-atc |

**[PROPOSED] FINAL ORDER**

**AND NOW**, this ______ day of _____ 2025, upon consideration of the Parties' Joint Motion for Final Approval of Collective Action Settlement, all supporting documents and exhibits, the representations of counsel for both Parties, and all related submissions and proceedings, it is hereby **ORDERED** as follows:

This Court hereby approves the terms of the proposed **$560,000.00** settlement commemorated in the Parties' Settlement Agreement and Release as fair, reasonable, and adequate based on this Court's consideration of each of the relevant factors, including: the quality of the result reached in this litigation in relation to the claims, defenses, and potential outcomes of litigation and the efficiency of this result.

The Settlement Administrator shall promptly perform final calculations for the Collective Members' damage payments and make these payments as provided by the Settlement Agreement.

This Court hereby approves payment of a **$10,000.00** to the Named Plaintiff Timothy Coleman in exchange for his general release of claims as to the Released Parties. The Settlement Administrator shall make this payment as provided by the Settlement Agreement.

This Court hereby approves the requested **$430,000.00** in attorneys' fees and costs (including up to $40,000 of which to pay for settlement administration costs) to Collective Counsel described in the Settlement Agreement as fair, reasonable, and adequate based on this Court's consideration of each of the relevant factors, including: the quality of the result reached in the litigation and the efficiency of this result. The Settlement Administrator shall make these payments as provided by the Settlement Agreement.

This Court also hereby approves the terms of the release of the Fair Labor Standards Act claims and the Tennessee, Florida, Kansas, Indiana, South Carolina, and Missouri state law claims contained in the Settlement Agreement as to the Settlement Collective Members. The release is of federal and Tennessee, Florida, Kansas, Indiana, South Carolina, and Missouri wage and hour claims only, as more fully specified in paragraphs 9.0 of the Parties' Settlement Agreement.

Without affecting the finality of this Order, the Court retains jurisdiction for the purpose of enabling the settling Parties to apply to this Court for such further

orders or guidance as may be necessary for the construction, modification, or enforcement of the Settlement Agreement or this Order.

**SO ORDERED**

Dated:____________________

Honorable
United States District Court Judge